**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Jason S. Yoo** (SBN 261114)
213.377.5504 | jasonyoo@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Barclays Bank Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYAN KAMRAVA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE; and DOES 1-20, INCLUSIVE,<br><br>Defendant. | Case No.: 2:15-cv-4482<br><br>[Removal from the Superior Court of California for the County of Los Angeles, Case No. 15K05434]<br><br>**DEFENDANT BARCLAYS BANK DELAWARE'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1441(c), AND 1446**<br><br>[FEDERAL QUESTION] |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant Barclays Bank Delaware ("Defendant") hereby removes the action described below from the Superior Court of California for the County of Los Angeles, to the United States District Court for the Central District of California, pursuant to Sections 1331, 1441(c), and 1446 of Title 28 of the United States Code ("U.S.C."). As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. In support of this Notice of Removal, Defendant states as follows:

## I. THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. SECTIONS 1331 AND 1441

On or about May 11, 2015, plaintiff Shayan Kamrava ("Plaintiff") filed a Complaint in the Superior Court of the State of California for the County of Los Angeles ("Superior Court"), entitled *Shayan Kamrava v. Barclays Bank Delaware,* Case No. 15K05434. In the Complaint, Plaintiff alleges, among other things, that he received numerous collection calls and emails from Defendant on a debt he allegedly owed between May 6 and May 10, 2015, despite sending a cease and desist letter to Defendant on May 4, 2015. (Compl. ¶¶ 20-26.) Based on these allegations, Plaintiff asserts three causes of action against Defendant: (1) violation of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq.*; (2) negligent violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"); and (3) willful violation of the TCPA. The Summons, Complaint, Civil Case Cover Sheet, and initial case documents issued by the Los Angeles County Superior Court are attached hereto as **Exhibit A**, as required by 28 U.S.C. § 1446(a).

Because this action arises under federal law (*i.e.*, the TCPA), which can be ascertained from the face of Plaintiff's Complaint, this Court has original jurisdiction

pursuant to 28 U.S.C. § 1331.  *See, e.g.*, *Mims v. Arrow Fin. Servs. LLC*, 132 S. Ct. 740, 745 (2012) ("federal and state courts have concurrent jurisdiction over private suits arising under the TCPA").  Further, this Court has supplemental jurisdiction over Plaintiff's state law claims, which form part of the "same case or controversy" pursuant to 28 U.S.C. § 1367(a).  Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

## II.  THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

On or about May 11, 2015, Plaintiff filed this action in the Superior Court of California for the County of Los Angeles.  Defendant was served with the Complaint on May 13, 2015.  This Notice of Removal is timely in that it was filed within 30 days from the time Defendant had notice that the action was removable, and less than a year after the commencement of the action.  *See* 28 U.S.C. § 1446(b).

The Superior Court of California for the County of Los Angeles is located within the United States District Court for the Central District of California, Western Division.  *See* 28 U.S.C. § 84(c)(2).  Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

In compliance with 28 U.S.C. § 1446(d), Defendant will serve on Plaintiff and file with the Clerk of the Superior Court a written notice of the filing of this Notice of Removal, attaching a copy of this Notice of Removal.

No previous application has been made for the relief requested herein.

WHEREFORE, Defendant respectfully removes this action from the Superior Court of California for the County of Los Angeles to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

DATED: June 12, 2015.

YU | MOHANDESI LLP

By   /s/ *Jason S. Yoo*
B. Ben Mohandesi
Jordan Yu
Jason S. Yoo
Attorneys for Defendant
Barclays Bank Delaware

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Yu | Mohandesi LLP, 633 West Fifth Street, Suite 2800, Los Angeles, CA 90071. On June 12, 2015, I served the following document(s) by the method indicated below:

**DEFENDANT BARCLAYS BANK DELAWARE'S NOTICE OF REMOVAL**

|   |   |
|---|---|
|   | by transmitting via facsimile on this date the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was ordered by the Court. |
| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. |
|   | by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. |
|   | by having the document(s) listed above hand-delivered to the person(s) at the address(es) set forth below. |
|   | by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business to the address(es) set forth below. |
|   | by emailing the document(s) listed above to the person(s) at the address(es) set forth below. |

*<u>Plaintiff's Counsel</u>*
S. Masih Kazerouni, Esq.
RKR LEGAL, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 12, 2015, at Los Angeles County, California.

                                                  /s/ Catia Pintado
                                                Catia Pintado