JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAYAN KAMRAVA**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**BARCLAYS BANK DELAWARE; and DOES 1-20, INCLUSIVE,**<br><br>Defendant. | Case No.: 2:15-cv-04482<br><br>[~~PROPOSED~~] **ORDER RE: DISMISSAL**<br><br>**HONORABLE MICHAEL W. FITZGERALD** |

Based upon Plaintiff's Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 10, 2015

*/s/ Michael W. Fitzgerald*
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER OF DISMISSAL

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is RKR LEGAL, APC, located at 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626.  On September 9, 2015, I served the herein described document(s):

**[PROPOSED] ORDER RE: DISMISSAL**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

**Jason S. Yoo**
**YU MOHANDESI LLP**
**633 West Fifth Street, Suite 2800**
**Los Angeles, CA 90071**
**e-mail: jasonyoo@yumollp.com**
**Attorney for Defendant,**
**Barclays Bank Delaware**

**B. Ben Mohandesi**
**YU MOHANDESI LLP**
**633 West Fifth Street, Suite 2800**
**Los Angeles, CA 90071**
**e-mail: bmohandesi@yumollp.com**
**Attorney for Defendant,**
**Barclays Bank Delaware**

**Jordan S. Yu**
**YU MOHANDESI LLP**
**633 West Fifth Street, Suite 2800**
**Los Angeles, CA 90071**
**e-mail: jyu@yumollp.com**
**Attorney for Defendant,**
**Barclays Bank Delaware**

   I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on September 9, 2015 at Costa Mesa, California.

                                                    ___/s/ S. Masih Kazerouni___
                                                    S. MASIH KAZEROUNI

**PROOF OF SERVICE**